**FILED
SCRANTON**

JUN 2 3 2003

Per_____ /s/_____
DEPUTY CLERK

99-1283

```
Mon Jun 23 14:15:01 2003

    UNITED STATES DISTRICT COURT

       SCRANTON      . PA

Receipt No.   333 92454
Cashier          nina

Tender Type  CHECK

Check Number: 7275

Transaction Type   AR

JS Code    Div No      Acct
 4667        3        0869PL

Amount              $    8.00

INMATES GEN. WELFARE FUND GRATERFORD
PA

PART FF/99-1283/WARREN FAHEY




            cn
```